IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CLEMENT, | No. C 00-1860 CW |
| Plaintiff, | ORDER STRIKING TREGLIA'S MOTION |
| v. | TO FIND DEFENDANT IN CONTEMPT OF |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | COURT (Document No. 119) |
| Defendants. | |
| _____/ | |

Daniel Treglia, an inmate at Pelican Bay State Prison who was not a party to this closed action, identifies himself as a "real party in interest" and moves to have Defendants held in contempt. Because Mr. Treglia was not a party to this action, he cannot file a pro se motion in it. Therefore, the Court strikes the motion for contempt.

IT IS SO ORDERED.

Dated: 5/23/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28